**Motion Denied; Order filed September 13, 2012**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-12-00256-CV
_____

**JOHN GIRALDO, Appellant**

**V.**

**JUAN J. JIMENEZ PAVIA, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 950135**

---

## O R D E R

Appellant's brief was due **July 30, 2012.** No brief was filed. On August 30, 2012, appellant filed his third motion for extension of time to file his brief, requesting an extension until September 30, 2012. Appellee filed a response in opposition to the motion. After considering the motion and response, we **DENY** appellant's motion and issue the following order:

Unless appellant files his brief with the clerk of this court on or before **September 28, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

PER CURIAM